IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EDDIE KENNER,

    Plaintiff

v.

MEADOWBROOK MEAT COMPANY, INC.,

    Defendant

CIVIL ACTION FILE NO.
1:16-CV-3896-ODE-WEJ

## ORDER

This civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Walter E. Johnson filed February 1, 2018 [Doc. 66] ("R&R"). No objections have been filed.

In the R&R, Judge Johnson recommends that Defendant's Motion for Summary Judgment be granted. After a thorough analysis, Judge Johnson found that Plaintiff had abandoned his Title VII retaliation claim and that no disputed issues of material fact requiring a trial remained as to Plaintiff's Title VII race discrimination claim.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Defendant's Motion for Summary Judgment [Doc. 51] is GRANTED.

SO ORDERED, this __7__ day of March, 2018.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE